FILED 24 SEP '20 16:19 USDC-ORP

**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 00464-SI |
| v. | INDICTMENT |
| PHILLIP JOHN WENZEL | 18 U.S.C. § 231(a)(3) |
| Defendant. | UNDER SEAL |

THE GRAND JURY CHARGES:

COUNT 1
(Civil Disorder)
(18 U.S.C. § 231(a)(3))

On or about August 14, 2020, in the District of Oregon, during a civil disorder, defendant **PHILLIP JOHN WENZEL**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with a law enforcement officer who was lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and adversely

///

affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

Dated: September 24, 2020.                                    A TRUE BILL.

                                                                OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Pamela Paaso (AUSA Ratcliffe for)*

PAMELA PAASO, TXSB #24060371
Assistant United States Attorney