# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-cr-00464-SI-1 |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| PHILLIP JOHN WENZEL, | |
| Defendant. | |

**IT IS ORDERED THAT the conditions of release be modified as follows:**

**Ordering the REMOVAL of the following condition:**

"Comply with the following curfew: 9:30 p.m. to 5:30 a.m. unless prior authorization is received from the Court."

**And REPLACE with the noted condition**:

"Comply with the following curfew: Between the hours of 9:30 p.m. and 5:30 a.m. the defendant may not leave the City of Beaverton, Oregon, unless prior authorization is received from the Court."

**IT IS SO ORDERED THIS** __13th__ **day of** __October_____, 2020.

_____/s/ Michael H. Simon_____
The Honorable Michael H. Simon
U.S. District Judge

Page 1 -   ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE