Conor Huseby, OSB #06373
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Conor_Huseby@fd.org

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:20-cr-00464-SI |
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| v. | |
| **PHILLIP JOHN WENZEL,** | |
| Defendant. | |

The defendant, Phillip Wenzel, through his attorney, Conor Huseby, respectfully moves this Court for an order continuing the trial date in the above-entitled case for approximately 90 days. Trial is presently scheduled for Tuesday, December 1, 2020. The additional time is needed to obtain additional discovery, conduct investigation, research

Page 1   UNOPPOSED MOTION TO CONTINUE TRIAL DATE

legal issues and file potential motions, and consult with Mr. Wenzel regarding his rights and options.

The government, through Assistant United States Attorney Pamela Paaso, has been consulted about this continuance request and has no opposition to this motion to continue the trial date.

Mr. Wenzel understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted this 17th day of November, 2020.

>                    /s/ Conor Huseby
>                    Conor Huseby
>                    Assistant Federal Public Defender