**Conor Huseby, OSB #06373**
Assistant Federal Public Defender
Email: conor_huseby@fd.org
**Stephen R. Sady, OSB #81099**
Chief Deputy Federal Defender
Email: steve_sady@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00464-SI |
| Plaintiff, | |
| v. | EXHIBITS TO MOTION TO DISMISS INDICTMENT |
| PHILLIP JOHN WENZEL, | |
| Defendant. | |

The defendant, Phillip John Wenzel, through his attorneys, respectfully submits the attached Exhibits to his Motion to Dismiss Indictment.

Exhibit A:   Excerpt from the Congressional Record – Hearing Before the Senate on January 29, 1968 – Proposal of Civil Obedience Act amendment

Exhibit B:   Excerpt from the Congressional Record – Hearing Before the Senate on March 6, 1968 – Adoption of Civil Obedience Act amendment

Exhibit C:   Excerpt from the Congressional Record – Hearing Before the Senate on January 22, 1968 – Debate concerning the Civil Rights Act of 1968

Exhibit D:   Excerpt from the Congressional Record – Hearing Before the Senate on February 1, 1968 – Debate concerning the Civil Rights Act of 1968

Exhibit E:   Congressional Digest from March 6, 1968 – Record of Votes on the Civil Obedience Act provisions

Exhibit F:   Transcript of Hearings Before The Committee On Rules of the House of Representatives – Debate on the Civil Rights Act of 1968 – March 28 and 29, and April 2, 4, 5, 8, and 9, 1968

Exhibit G:   Excerpt from the Congressional Record – Hearing Before the Senate on March 2, 1960 – Statements of Senator Russell B. Long regarding racial segregation

Exhibit H:   Excerpt from the Congressional Record – Hearing Before the Senate on April 14, 1964 – Statements of Senator Russell B. Long regarding civil rights protests and slavery

Respectfully submitted this 17th day of February, 2021.

       */s/ Conor Huseby*
       Conor Huseby
       Attorney for Defendant

       */s/ Stephen R. Sady*
       Stephen R. Sady
       Chief Deputy Federal Defender

       Jacob Sweet
       Research Attorney