**Conor Huseby, OSB #06373**
**Assistant Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**Conor_Huseby@fd.org**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:20-cr-00464-SI |
| **Plaintiff,** | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **PHILLIP JOHN WENZEL,** | |
| **Defendant.** | |

I, Conor Huseby, declare:

     1.     I represent Phillip Wenzel who is charged with one count of Civil Disorder. Trial is set for June 1, 2021. Mr. Wenzel is out of custody and in full compliance with the terms of his release.

     2.     This is the third request to continue a trial date from the parties in this case.

3. The parties have reached a deferred resolution agreement in this case. The agreement requires Mr. Wenzel to set his trial over to a date beyond the date on which his deferred resolution agreement will expire on September 28, 2021. If Mr. Wenzel remains in compliance with the agreement, the government will dismiss this case on September 28, 2021.

4. The ends of justice served by granting this motion in order to resolve this case outweigh the best interest of the public and defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

5. I have discussed this requested continuance with counsel for the government, Thomas Ratcliffe, and he has no objection to this requested continuance.

6. I have spoken with Mr. Wenzel, explained the reasons for requesting a continuance, and the rights that he has under the Speedy Trial Act. Mr. Wenzel agrees with defense counsel's request for a continuance and waives his rights under the Speedy Trial Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on March 15, 2021, in Portland, Oregon.

/s/ *Conor Huseby*
Conor Huseby
Assistant Federal Public Defender