Conor Huseby, OSB #06373
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Conor_Huseby@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-cr-00464-SI |
| Plaintiff, | MOTION TO WITHDRAW MOTION TO DISMISS |
| v. | |
| PHILLIP JOHN WENZEL, | |
| Defendant. | |

The defendant, Philip John Wenzel, through counsel Conor Huseby, respectfully moves to withdraw the Motion to Dismiss filed on February 17, 2021. ECF 21. The parties have entered into a deferred resolution agreement that requires that the motion be withdrawn during the pendency of the agreement. If the deferred resolution agreement

does not result in dismissal of this case, the motion will be renewed with the Court's permission.

Respectfully submitted this 15th day of March, 2021.

/s/ *Conor Huseby*
Conor Huseby
Assistant Federal Public Defender