# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00464-SI** |
| v. | **DISMISSAL ORDER** |
| **PHILLIP JOHN WENZEL,** | |
| Defendant. | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Indictment filed on September 24, 2020, be dismissed with prejudice.

Dated: September 29th, 2021.

                                                            /s/ *Michael H. Simon*
                                                         HONORABLE MICHAEL H. SIMON
                                                         United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney